SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Ryke Productions Ltd.,

                        Plaintiff,

    v.

Angela Chinn d/b/a/ RefusalMan,
and Does 1-10,

                        Defendants.

Case No. 1:23-cv-07729-CM

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

Upon consideration of the Joint Motion for Entry of Stipulated Consent Judgment and Permanent Injunction filed by Plaintiff Ryke Productions Ltd. ("Plaintiff") and by Defendants Angela Chinn d/b/a/ RefusalMan, and Does 1-10 (collectively, "Defendants"), as well as all papers filed in this action, the Court hereby enters final judgment as follows:

1. Plaintiff's claims against Defendants are **DISMISSED** with prejudice, but Defendants are hereby bound by the terms of the injunction provided herein pursuant to Federal Rule of Civil Procedure 65(d)(2).

2. Defendants and their respective employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, entities owned or controlled by either Defendant, and all those in active concert or participation with Defendants who have actual notice of this Order by personal service or otherwise, are immediately and permanently enjoined from engaging in any of the following acts:

    a. Reproducing, distributing, performing, publicly displaying, or making derivative works of Plaintiff's Creeper Chaos and Creature Chaos video games, as identified in Plaintiff's Complaint (Dkt. No. 1), including but not

limited to any further reproduction, distribution, performance, or public display of the work titled Creeper Chaos Beta previously available at www.roblox.com/games/7664413141/Creeper-Chaos-Beta; or

b. Aiding, abetting, assisting in, requesting, or inducing the engagement in any of the foregoing acts by any third party.

3. All claims, defenses, and issues in this action are finally resolved by this Stipulated Consent Judgment and Permanent Injunction.

4. All parties shall bear their own costs and fees.

5. No security shall be required with respect to the entry of any of the provisions of this Stipulated Consent Judgment and Permanent Injunction.

6. This Court shall retain continuing jurisdiction over the Parties and this action for purposes of enforcing or adjudicating claims of violations of this Stipulated Consent Judgment and Permanent Injunction.

**SO ORDERED** in New York, New York on this 17 day of January, 2024.

_____
JUDGE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE